

**Energy Intelligence**

John Hitchcock
Managing Director
5 East 37th Street, 5th Floor
New York, NY 10016-2807
+1.212.532.1112
jhitchcock@energyintel.com

May 30, 2014

Jang Seok-Hyo
President & Chief Executive Officer
Korea Gas Corp.
215, Jeongja-dong
Bundang-gu, Seongnam
Gyeonggi-do, 463-754
Korea

Dear Mr. Jang:

We had hoped by now to have received your response to our letter of May 20 identifying our concern over potentially widespread copyright infringement at Korea Gas Corp. It could well be that your reply even now is on its way. If so, I sincerely apologize for troubling you with this letter.

If you have not yet formulated a reply, it may be because the scope of our concern and our intent in raising it were unclear. In that case, please let me attempt to restate the facts, their implication and our suggested remedy in the hope that this more clearly explains their importance.

A single Kogas employee currently subscribes to *World Gas Intelligence*, in a subscription history that dates at least to 2001.  Activity recorded on the New York-based servers hosting our website show that multiple times in the last three years, the password-protected account of this single authorized user has been accessed in ways that infringe our copyrights. Usage has occurred on at least two networks at Kogas offices in Korea, and also at diverse locations across the world. The unauthorized use related to this account may well have begun prior to the three years covered in our review. But while our knowledge of these infringements is recent and as yet incomplete, the evidence represents a substantial enough concern that we feel this situation should be addressed. The infringements are both a violation of your subscription agreement with us and the copyright laws of Korea and the United States.

Kogas is known for its respect of and concern for the community, the environment and its business partners. Your reputation gives us great hope that the problems we have identified can be remedied in a way that proves to be a long-term positive for our relationship. In that vein, we would like to discuss with you an enterprise-wide license that would make our publications and services available to your staff globally and would remedy any concerns of past unauthorized use within Kogas.

If I can further clarify the nature of our concerns, please don't hesitate to contact me at the email address or telephone number listed above. Otherwise, would you please notify us by June 13. Again, I would be very glad to visit your offices to discuss details of our concerns and the remedy we envision.

Very respectfully yours,

cc: Brian Oh, General Counsel

New York    London    Washington    Houston    Moscow    Singapore    Dubai    Brussels

Energy Compass • Energy Intelligence Briefing • Energy Intelligence Finance • International Oil Daily • Jet Fuel Intelligence • LNG Intelligence • Natural Gas Week • Nefte Compass • NGW's Gas Market Reconnaissance • Oil Daily • Oil Market Intelligence • Petroleum Intelligence Weekly • Nuclear Intelligence Weekly • World Gas Intelligence