

# KOREA GAS CORPORATION

Tel +82 31 710 0983 / Fax +82 31 710 0984

June 11, 2014

John Hitchcock
Managing Director
5 East 37th Street, 5th Floor
New York, NY 10016-2807

Dear Mr. Hitchcock

This letter refers to your letter dated May 30 2014 and previous communications between Energy Intelligence-and KOGAS.

I am MyungCho SHIN handling subscription issues at General Affairs Team of KOGAS and your letter was forwarded to me from the secretariat.

First of all I would like to extend our appreciation for your services.

KOGAS' subscription period started with paper version back in 1991 followed by additional online subscription from 2001. During the period, we have been satisfied with the service and contents provided by Energy Intelligence.

So I renewed the subscription in May for another year and the agent did not inform us of your concern at the time. After receipt of your letter I made company-wide investigation on the concerned issue; however I could not detect any violation of the copyright.

Under the circumstances if the infringement did occur, a possibility which explains this case is stolen ID and please be noted that I reset the ID recently.

If the same issue comes to your knowledge again, please inform me once more.
Then I will consider changing KOGAS subscription method to email version or any similar form with higher security.

I hope this provide comfort to your concern.

Best Regards,

MyungCho SHIN
Deputy Manager, General Affairs Team
Korea Gas Corporation