# TEXAS SECRETARY of STATE
# NANDITA BERRY

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 801625440 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | July 13, 2012 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32048476363 | **FEIN:** | 460562566 |

| | |
|---|---|
| **Name:** | KOREA GAS CORPORATION |
| **Address:** | 215 Jeongja-dong Bundang-gu<br>Seongnam-si, [STATE NOT PROVIDED] 463-754 SKO |
| **Fictitious Name:** | N/A |
| **Jurisdiction:** | , SKO |
| **Foreign Formation Date:** | August 18, 1983 |

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| Name | Address | Inactive Date |
|---|---|---|
| Junho Hwang | 1300 Post Oak Blvd, Ste. 510<br>Houston, TX 77056 USA | |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.



# Franchise Tax Account Status

As of: 06/26/2014 09:20:00 AM

**This Page is Not Sufficient for Filings with the Secretary of State**

| KOREA GAS CORPORATION | |
|---|---|
| Texas Taxpayer Number | 32048476363 |
| Mailing Address | 1300 POST OAK BLVD STE 510<br>HOUSTON, TX 77056-2923 |
| Right to Transact Business in Texas | ACTIVE |
| Country of Formation | SKO |
| Effective SOS Registration Date | 07/13/2012 |
| Texas SOS File Number | 0801625440 |
| Registered Agent Name | JUNHO HWANG |
| Registered Office Street Address | 1300 POST OAK BLVD, STE. 510<br>HOUSTON, TX 77056 |